

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00300-CR

Jose Miguel **ROMO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 469039
The Honorable Tommy Stolhandske, Judge Presiding

## O R D E R

After appellant filed a pro se notice of appeal, his counsel timely filed a motion for new trial. In the motion, counsel advised that appellant did not understand the nature of his plea or its consequences. Accordingly, counsel asked the trial court to grant a new trial. On June 1, 2015, a supplemental clerk's record was filed in this court. In that supplemental clerk's record is an order signed by the trial court granting appellant's motion for new trial.

Given the foregoing, it appears appellant's appeal is now moot. *See* TEX. R. APP. P. 21.9(b) (stating that granting new trial restores case to its position before trial). We therefore **ORDER** appellant to file a written response in the court on or before **June 23, 2015** showing why we should not dismiss the appeal as moot. If appellant does not file a timely, satisfactory response, we will dismiss the appeal as moot. *Id.* R. 43.2(f).

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court